UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                       CASE NO. 07 B 05857
  JOHN W MILLER
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-6555
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/02/07 and confirmed on 06/08/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 9228.71 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 1882.49 | .00 | 1882.49 |
| ASSET ACCEPTANCE CORP | UNSECURED | 513.42 | .00 | 513.42 |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MCI BUSINESS MARKETS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 3003.06 | .00 | 3003.06 |
| SHORT TERM LOAN | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1882.49 | .00 | 3516.48 | .00 | 5398.97 |
| PRINCIPAL PAID | 1882.49 | .00 | 3516.48 | .00 | 5398.97 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1882.49 | .00 | 3516.48 | .00 | 5398.97 |

The Debtor's attorney, ROBERT V SCHALLER          , was allowed $ 3000.00 and was paid $ 3000.00 .

The Trustee received $ 375.60 .

Refunds to the Debtor totaled $ 454.14 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE  2
     CASE NO. 07 B 05857 JOHN W MILLER